IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JETZ MIDWEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3000 |
| | ) | |
| v. | ) | |
| | ) | |
| KAPLAN EDUCATIONAL CENTERS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to file amended complaint, filing no. 21, is granted and the amended complaint shall be filed forthwith.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge