IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JETZ MIDWEST, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3000 |
| | ) | |
| V. | ) | |
| | ) | |
| KAPLAN HIGHER EDUCATION CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    The motion to withdraw, (filing no. 43) filed by Paul T. Barta, is granted. Patrick J. Barrett and Luke J. Klinker of the Fraser, Stryker Law Firm remain counsel of record for the defendant.

    DATED this 5th day of August, 2009.

                                      BY THE COURT:

                                      *Richard G. Kopf*
                                      United States District Judge