IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JETZ MIDWEST, Inc., | ) | |
| Plaintiff, | ) ) ) | 4:09CV3000 |
| v. | ) ) | |
| KAPLAN HIGHER EDUCATION CORPORATION, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

The plaintiff has filed a motion to compel the defendant to provide full and complete responses to plaintiff's written discovery, (filing no. 39), and the defendant has filed a motion to compel the plaintiff to participate in alternative dispute resolution and for a stay of discovery. ( Filing No. 45). The trial of this case is scheduled for November 11, 2009, the pretrial conference is currently scheduled for October 28, 2009, and the discovery deadline is August 31, 2009. Therefore, absent prompt resolution of the pending motions, the progression of this case will be disrupted. Accordingly,

IT IS ORDERED:

1) The defendant's response to plaintiff's motion to compel, (filing no. 39), shall be filed on or before August 13, 2009. No reply shall be filed absent leave of the court for good cause shown.

2) The plaintiff's response to defendant's motion to compel plaintiff's participation in alternative dispute resolution and for a stay of discovery, (filing no. 45), shall be filed on or before August 13, 2009. No reply shall be filed absent leave of the court for good cause shown.

August 6, 2009.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge