IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JETZ MIDWEST, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3000 |
| | ) | |
| v. | ) | |
| | ) | |
| KAPLAN HIGHER EDUCATION CORPORATION, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion to Dismiss with Prejudice, filing 51, is granted, and

2. this action is dismissed with prejudice with each party to bear its own costs.

Dated September 10, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge